

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John S. Baker
County Auditor
Lamar County
Paris, Texas

Dear Sir:

Opinion No. O-4234
Re: Can Lamar County legally
appropriate money derived
from delinquent tax collec-
tions as described to the
general fund to take care
of the demands made upon
such fund?

Your letter of November 22, 1941, requesting an
opinion of this department on the above stated question reads
in part as follows:

"Some of our land owners are expecting,
in the very near future, to have to sell their
land to the Federal Government for the establish-
ment of an army camp in the county.

"The prospect of the establishment of this
camp is bringing on demands by our citizens for
various and sundry county obligations relative
to our defense program, the sponsoring of a
health unit, a sanitary unit etc. etc., all of
which will be a heavy draft on our general fund
which is now overdrawn. When the camp is estab-
lished the government will purchase considerable
acreage on which is now due a large sum of de-
linquent taxes.

"I would like to know if we can legally ap-
propriate this money, derived from delinquent
tax collections, if and when collected, to the
general fund to take care of the demands made
upon this fund."

Honorable John S. Baker, Page 2


This department has heretofore ruled on a question very similar to the question presented in your inquiry in Opinion No. 0-869. We enclose a copy of said opinion for your information.

In view of the authorities cited in said Opinion No. 0-869, it is our opinion that your question should be answered in the negative and is so answered.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS


APPROVED DEC 5, 1941                    By        /s/
                                                  Ardell Williams
Grover Sellers /s/                                   Assistant

FIRST ASSISTANT
ATTORNEY GENERAL


APPROVED
OPINION
COMMITTEE
BY   B.W.B
CHAIRMAN